AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

United States of America
v.

ALFRED THOMAS

Defendant(s)

Case No. 1:26-MJ-411

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 13, 2026 in the county of Ingham in the Western District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:

See attached continuation.

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

ATF SA Dustin Hurt

*Printed name and title*

Date: September 28, 2026

*Judge's signature*

City and state: Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge

*Printed name and title*